# IN THE COURT OF APPEALS OF IOWA

No. 22-0792
Filed August 30, 2023

**STATE OF IOWA,**
    Plaintiff-Appellee,

**vs.**

**AARON DION MICHAEL HANSON GALES, JR.,**
    Defendant-Appellant.
_____

Appeal from the Iowa District Court for Scott County, Henry W. Latham II, Judge.

The defendant challenges his sentence, arguing the district court failed to justify its decision to impose consecutive terms of imprisonment. **AFFIRMED.**

Webb L. Wassmer of Wassmer Law Office, PLC, Marion, for appellant.

Brenna Bird, Attorney General, and Nicholas E. Siefert, Assistant Attorney General, for appellee.

Considered by Greer, P.J., and Schumacher and Badding, JJ.

**GREER, Presiding Judge.**

Aaron Hanson Gales Jr. again appeals the sentence ordered in a combined sentencing hearing involving several charges against him.[1]  Earlier this year we addressed two other appeals focused on his sentences.  *See generally State v. Hanson Gales,* No. 22-0794, 2023 WL 3335988 (Iowa Ct. App. May 10, 2023) (holding the district court did not abuse its discretion in reaching the sentence and the explanation of the decision to impose a consecutive sentence in the felony count was sufficient); *State v. Hanson Gales,* No. 22-0795, 2023 WL 3335992 (Iowa Ct. App. May 10, 2023) (deciding without further opinion after noting that the same issues were raised in the previous appeal).

In the underlying proceeding, the sentencing court scheduled a combined sentencing hearing for all pending cases and, after revoking Hanson Gales's probation—as stipulated by him and the State—imposed the original five-year sentence and then moved on to order a mix of concurrent and consecutive terms on the remaining charges.  In this appeal, Hanson Gales again asserts sentencing

---

[1] In FECR408149, the district court revoked Hanson Gales's probation involving a deferred judgment for second-degree theft and imposed the original five-year sentence.

In FECR416645 Hanson Gales pled guilty to escaping from custody after being convicted of a felony, which is a class "D" felony, and was sentenced to a five-year term of incarceration to be served concurrently with FECR408149.

In FECR420322, Hanson Gales pled guilty to two counts of assault on persons in certain occupations causing bodily injury; the court sentenced him to two years of incarceration on each count and ordered him to serve them consecutively (for a total of four years) with the previous charges.

In FECR419158, a jury convicted Hanson Gales of dominion and control of a firearm by a felon and possessing a short-barrel rifle or shotgun; the court sentenced him to five years of incarceration for each charge but ordered the two counts to be served concurrently (for a total of five years), the court ran this sentence consecutive to the sentences imposed in FECR416645 and FECR408149.

errors related to the imposition of the consecutive sentences and argues the sentencing court "failed to adequately explain its rationale for consecutive sentences." Finding nothing new to add to the analysis, we point to our previous decisions referenced above and, without further opinion and for the reasons found in those opinions, we affirm Hanson Gales's sentences. *See* Iowa Ct. R. 21.26(1)(a), (e).

**AFFIRMED.**